1   **NICHOLAS & TOMASEVIC, LLP**
        Craig M. Nicholas (SBN 178444)
2        Alex Tomasevic (SBN 245598)
        Ethan T. Litney (SBN 295603)
3   225 Broadway, 19th Floor
    San Diego, California 92101
4   Tel: (619) 325-0492
    Fax: (619) 325-0496
5   Email: cnicholas@nicholaslaw.org
    Email: atomasevic@nicholaslaw.org
6   Email: elitney@nicholaslaw.org

7   Attorneys for Plaintiffs
    William Steve Valencia
8   and Luis Fernandez Soto

9   **PROCOPIO, CORY,**
    **HARGREAVES & SAVITCH LLP**
10       Marie Burke Kenny (SBN 183640)
         Lauren N. Vega (SBN 306525)
11   525 B. Street, Suite 2200
    San Diego, CA 92101
12   Telephone: (619) 238-1900
    Facsimile:  (619) 235-0398
13

14   Attorneys for Defendant
    North Star Gas Ltd. Co.
15

16

17                **UNITED STATES DISTRICT COURT**

18                **SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILLIAM STEVE VALENCIA, an individual, and LUIS FERNANDEZ SOTO, an individual, on behalf of themselves and on behalf of others similarly situated, | Case No. 17-cv-0250-GPC-LL |
| Plaintiffs, | **JOINT MOTION TO DISMISS** **[F.R.C.P., Rule 41; Lopez Civil Chamber Rules II.D.]** |
| vs. | |
| NORTH STAR GAS LTD. CO. | **Judge:** Hon. Gonzalo P. Curiel **Magistrate:** Hon. Linda Lopez |
| Defendant. | |

19
20
21
22
23
24
25
26
27
28

Plaintiffs WILLIAM STEVE VALENCIA and LUIS FERNANDEZ SOTO ("Plaintiffs") and Defendant NORTH STAR GAS LTD. CO. ("Defendant") (collectively, the "Parties") hereby submit the following Joint Motion for Dismissal.

The parties settled their claims at the June 10, 2019 Mandatory Settlement Conference before Magistrate Judge Linda Lopez.  Thus, the parties jointly move the Court, under Rule 41 of the Federal Rule of Civil Procedure, the Court's civil chamber rules, and the Court's June 11, 2019 Order confirming settlement, to enter dismissal of this action, with prejudice as to the named plaintiffs, and without prejudice as to any unnamed aggrieved employees.

As a basis for this motion, the Parties state the following:

1. Plaintiffs filed their original complaint in February of 2017. Plaintiffs filed a First Amended Complaint ("FAC") on May 30, 2017.  Plaintiffs styled their FAC as a "hybrid" class action under FRCP Rule 23 and Fair Labor Standards Act ("FLSA") collective action, as well as an action for civil penalties under California's Private Attorneys General Act ("PAGA").

2. Plaintiffs allege that Defendant failed to properly compensate Plaintiffs for all hours worked and provide all breaks required under California and federal law, including violating California's Unfair Competition Law and various violations of the California Labor Code.

3. Defendant denies Plaintiffs' allegations.

4. After significant discovery and after learning that Defendant obtained release agreements from the majority of the putative class members, Plaintiffs elected not to pursue their claims on a class or collective basis.

5. At the June 10, 2019 Mandatory Settlement Conference, and with the Court's assistance, the Parties agreed to a settlement in principle and to dismiss Plaintiffs' individual claims with prejudice, and PAGA action *without prejudice*.

6. At this time, the Parties have settled all of the named parties' individual claims in their entirety.

7. The Parties agree that each party shall bear and remain responsible for its own respective costs and fees, including attorney's fees.

8. The Parties request that the Court dismiss Plaintiffs' lawsuit with prejudice as to their individual claims only. The Parties further request that the Court dismiss Plaintiffs' PAGA action without prejudice.

Dated: July 30, 2019                    **NICHOLAS & TOMASEVIC, LLP**


By:     /s/ Ethan T. Litney
Craig M. Nicholas, Esq.
Alex Tomasevic, Esq.
Ethan T. Litney, Esq.
Attorneys for Plaintiffs,
WILLIAM STEVE VALENCIA and
LUIS FERNANDO SOTO


Dated: July 30, 2019                    **PROCOPIO, CORY,
HARGREAVES & SAVITCH LLP**


By:     /s/ Lauren N. Vega
Marie Burke Kenny, Esq.
Lauren N. Vega, Esq.
Attorneys for Defendant,
NORTH STAR GAS LTD. CO.

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Signature Certification**

 Pursuant to Section 2(f)(4) of the Southern District of California Electronic Case Filing Administrative Policies and Procedures, I hereby attest and certify that the content of this document is acceptable to Lauren N. Vega, counsel for Defendant NORTH STAR GAS LTD. CO., and that I have obtained Ms. Vega's authorization to affix her electronic signature to this document.

Dated: July 30, 2019       /s/ Ethan T. Litney

               Ethan T. Litney
               **NICHOLAS & TOMASEVIC, LLP**
               Attorneys for Plaintiffs,
               WILLIAM STEVE VALENCIA and
               LUIS FERNANDO SOTO